UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO AND CO., et al.,

      Plaintiff(s),

      v.

ABD INSURANCE AND FINANCIAL SERVICES, et al.,

      Defendant(s).

                           /

No. C 12-3856 PJH

**ORDER DENYING MOTION TO SHORTEN TIME**

Before the court is plaintiffs' motion to shorten time for briefing and hearing of their motion to expedite discovery, noticed for hearing in accordance with Local Rule 7-2 on September 12, 2012. Plaintiffs seek to have the motion heard on August 22, 2012. The court finds that in the absence of a clear showing of any "substantial harm or prejudice" that would occur if the court does not change the time, an expedited hearing with its concomitant abbreviated period for the defendants' opposition to be filed and for the court to prepare for the hearing, is simply not warranted. The motion is DENIED.

**IT IS SO ORDERED.**

Dated: August 14, 2012

                                                    PHYLLIS J. HAMILTON
United States District Judge