UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO AND CO., et al.,

    Plaintiff(s),

    v.

ABD INSURANCE AND FINANCIAL SERVICES, et al.,

    Defendant(s).

                                         /

No. C 12-3856 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Defendant's Motion to Quash or Modify Plaintiff's Subpoenas, or in the alternative, for a Protective Order; and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge