Kevin D. Rising (211663)
Kevin.Rising@btlaw.com
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA  90067
Telephone:  (310) 284-3880
Facsimile:  (310) 284-3894

Felicia J. Boyd (*Admitted Pro Hac Vice*)
felicia.boyd@btlaw.com
Aaron A. Myers (*Admitted Pro Hac Vice*)
aaron.myers@btlaw.com
**BARNES & THORNBURG LLP**
225 South Sixth Street, Suite 2800
Minneapolis, MN  55402
Telephone:  (612) 333-2111
Facsimile:  (612) 333-6798

Attorneys for Plaintiffs
WELLS FARGO & COMPANY and
WELLS FARGO INSURANCE SERVICES,
USA, INC.

Benjamin K. Riley (112007)
briley@bztm.com
Jayne Laiprasert (256930)
jlaiprasert@bztm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Katherine M. Basile (132518)
katherine.basile@novakdruce.com
**NOVAK DRUCE + QUIGG LLP**
21771 Stevens Creek Boulevard
Cupertino, CA  95014
Telephone:  (408) 414-7330
Facsimile:  (408) 996-1145

James M. Wagstaffe (99535)
wagstaffe@kerrwagstaffe.com
Adrian J. Sawyer (203712)
sawyer@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA  94105-1576
Telephone:  (415) 371-8500
Facsimile:  (415) 371-0500

Attorneys for Defendants
ABD INSURANCE & FINANCIAL SERVICES,
INC., KURT DE GROSZ and
BRIAN HETHERINGTON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO & COMPANY and WELLS FARGO INSURANCE SERVICES, USA, INC., ) <br><br> Plaintiffs, ) <br><br> v. ) <br><br> ABD INSURANCE & FINANCIAL SERVICES, INC.; KURT DE GROSZ; and BRIAN HETHERINGTON, ) <br><br> Defendants. ) | No. CV 12-3856 (PJH) <br><br> **JOINT STATEMENT RE STATUS AND REQUEST TO TAKE HEARING OFF CALENDAR** <br> AND ORDER <br><br> The Hon. Phyllis J. Hamilton <br><br> Complaint Filed:    July 24, 2012 |

Counsel for the parties hereby submit this joint statement re status and request that the Court take the May 21, 2014 hearing on Wells Fargo's renewed motion for preliminary injunction off calendar.

The Court will recall that on December 20, 2013, the Ninth Circuit issued a memorandum disposition, reversing this Court's Order denying Wells Fargo's motion for preliminary injunction, and remanding back to this Court for further consideration.  The ABD Team filed a petition for panel rehearing and rehearing *en banc*, which was denied on February 6, 2014, although the panel modified its memorandum disposition to respond to one of the issues raised by the ABD Team's petition for review.  The revised memorandum disposition contained an order barring any further petitions for panel rehearing or rehearing *en banc*.

On March 3, 2014, the Ninth Circuit issued a published Opinion, setting forth the same reasoning and holding as previously included in the memorandum disposition, and repeating the prohibition against further petitions for rehearing.

At the Case Management Conference before this Court on March 6, 2014, the Court and the parties set a hearing for May 21, 2014, on a renewed motion for preliminary injunction to be filed by Wells Fargo.  The Court directed the parties to contact the Ninth Circuit to determine if the mandate had issued back to the district court, and requested the parties to agree on a briefing schedule for the renewed motion.

The next week, on March 11, 2014, the Ninth Circuit withdrew its March 3 published Opinion, and issued an identical published Opinion.  It also issued a new Order specifically deleting the prohibition against further petitions for rehearing.

In accordance with the March 11 Order and in light of the publication of the Opinion and its precedential impact, the ABD Team filed a renewed Petition for Rehearing *En Banc* on March 24, 2014.

Accordingly, this preliminary injunction issue is again before the Ninth Circuit, as it considers the renewed Petition for Rehearing *En Banc*.  Therefore, the parties respectfully request that the Court take the May 21 hearing on the renewed motion for preliminary injunction off calendar.  The parties and counsel will contact the Court and, as appropriate depending on the

1

JOINT STATEMENT RE STATUS
Case No. CV 12-3856 (PJH)

1   Ninth Circuit's ultimate order, will work together to bring this matter efficiently back to this Court

2   after the final issuance of the mandate.

3

4   Dated:  March 27, 2014                    */s/ Felicia J. Boyd*
                                              Kevin D. Rising
5                                             BARNES & THORNBURG LLP
                                              2049 Century Park East, Suite 3550
6                                             Los Angeles, CA 90067
                                              Tel:  (310) 284-3888
7                                             Fax:  (310) 284-3894

8
                                              Felicia J. Boyd (*admitted pro hac vice*)
9                                             Aaron A. Myers (*admitted pro hac vice*)
                                              BARNES & THORNBURG LLP
10                                            225 South Sixth Street, Suite 2800
                                              Minneapolis, MN 55402
11                                            Tel.: (612) 333-2111
                                              Fax: (612) 333-6798
12

13                                            **Attorneys for Plaintiffs**
                                              **WELLS FARGO & COMPANY and WELLS**
14                                            **FARGO INSURANCE SERVICES USA, INC.**

15

16  Dated:  March 27, 2014                    */s/ Benjamin K. Riley*
                                              Benjamin K. Riley (112007)
17                                            Jayne Laiprasert (256930)
                                              **BARTKO, ZANKEL, BUNZEL & MILLER**
18                                            One Embarcadero Center, Suite 800
                                              San Francisco, California 94111
19
                                              Katherine M. Basile (132518)
20                                            **NOVAK DRUCE + QUIGG LLP**
                                              21771 Stevens Creek Boulevard
21                                            Cupertino, CA 95014

22                                            James M. Wagstaffe (95535)
                                              Adrian J. Sawyer (203712)
23                                            **KERR & WAGSTAFFE LLP**
                                              100 Spear Street, 18th Floor
24                                            San Francisco, CA 94105-1576

25                                            **Attorneys for Defendants**
                                              **ABD INSURANCE & FINANCIAL**
26                                            **SERVICES, INC.; KURT DE GROSZ; and**
                                              **BRIAN HETHERINGTON**
27

28                              3/28/14

                                          2

1

## ATTESTATION OF E-FILER

2

In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document,

3

hereby attests that all signatories of this document have concurred in the filing of this document.

4

5

_____/s/ Benjamin K. Riley_____
Benjamin K. Riley

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3