United States District Court
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8
9  WELLS FARGO & CO., et al.,
10              Plaintiffs,                    No. C 12-3856 PJH
11        v.                                   **ORDER RE CHAMBERS COPY**
12  ABD INSURANCE AND FINANCIAL
    SERVICES, INC., et al.,
13
14              Defendants.
    _____/
15

   PLEASE TAKE NOTICE that the chambers copy of the declaration of Richard Lane

(Dkt. 137) was submitted in a format that is not usable by the court.

   The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☒ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal;
- ☐ includes exhibits that are not attached to a declaration or request for

judicial notice and are otherwise unidentified; or

☒ is not usable for another reason –   The declaration and each exhibit were submitted separately, rather than being fastened together with a brad-type fastener.

The paper used for the above-described chambers copy has been recycled by the court.  No later than **June 26, 2014**, shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: June 23, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge